THE PEOPLE OF THE STATE OF NEW YORK v. SIDNEY GOLDBERG.— Motion denied. Present— Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MORRIS M. BECHER v. ALBERTA G. TURNER.— Motion granted. Present— Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of EUGENE J. FLOOD, Deceased.— Motion denied, with ten dollars costs, and stay vacated. Present— Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ANTOINETTE RABE v. SAMUEL GOTTLIEB.— Application denied, with ten dollars costs. Order signed. Present— Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Petition of HENRY C. QUINBY, Deceased.— Motion denied. Present— Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

EMIL HERMANN HAUSWALD v. JACOB KATZ and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present— Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as Superintendent of Insurance, etc. (CASUALTY COMPANY OF AMERICA). In the Matter of the Claim of MAI E. WALKER.— Motion denied, with ten dollars costs. Present— Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Petition of S. WALTER KAUFMANN.— Motion denied. Settle order on notice. Present— Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Petition of NORVIN R. LINDHEIM.— Motion denied. Settle order on notice. Present— Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BENJAMIN FRIEDLAND, Respondent, v. ARGENTOR HOLDING CORPORATION, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

ALFRED E. WATERS and Another, Copartners, etc., Appellants, v. GEORGE W. BANNERMAN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present— Clarke, P. J., Merrell, Finch, McAvoy and Burr, JJ.

GUSTAVE NEUMOND and Another, Surviving Administrators, etc., of KARL NEUMOND, Deceased, Respondents, v. FARMERS FEED COMPANY OF NEW YORK, Appellant.— Orders affirmed and judgment modified by allowing interest from the 2d day of July, 1921, thereby reducing the judgment as entered to the sum of $2,500.70, and as so modified affirmed, without costs. No opinion. Present— Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BACHIR MAROON and Another, Respondents, Appellants, v. GEORGE FREYDBERG and Others, Appellants, Respondents.— Judgment affirmed, without costs. No opinion. Present— Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

RUBY B. RUSH, Respondent, v. SARAH L. ROBERTSON, Appellant.— Judgment affirmed, with costs. No opinion. Present— Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.